UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plainiff:

v.   :   Case No.: 14-CV-198
(Related case: CR 1:13CR000127-01M)

SOJIN LIM
Defendant

And

PERSHING, LLC
Garnishee

### ENTRY NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Russell D. Raskin, Esquire hereby enters his appearance in the above-entitled action on behalf of Sojin Lim and requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

RUSSELL D. RASKIN, ESQUIRE
RASKIN & BERMAN
116 EAST MANNING STREET
PROVIDENCE, RI 02906
(401) 421-1363

Sojin Lim,
By her attorneys

/s/

RUSSELL D. RASKIN
BC#1880
RASKIN & BERMAN
116 East Manning Street
Providence, RI 02906
(401) 421 1363

## **CERTIFICATION**

I, the undersigned, hereby certify that on the 1st day of December, 2014 a true copy of the foregoing was forwarded to Mark A. Fay, Murphy & Fay, L.L.P., 127 Dorrance Street, 2nd Floor, Providence, RI 02903; Pershing LLC, One Pershing Plaza, Jersey City, NJ 07399; Jeffrey H. Gladstone, Partridge, Snow & Hahn LLP, 40 Westminster Street, Suite 1100, Provednce, RI 02903; Christian Richard Jenner, Snow & Hahn LLP, 40 Westminster Street, Suite 1100, Provednce, RI 02903; and Mary Rogers, U.S. Attorney's Office, 50 Kennedy Plaza, Providence, RI 02903, by regular mail.

JOYCE T HART